# EXHIBIT A



Payments profile ID
5442-6659-4865

Business name
HOT4EVER LLC

Payments account nickname
Google AdSense

Summary created
Apr 26, 2019

## Jul 30, 2012 – Apr 26, 2019

| Date | Description | Amount (USD) |
|---|---|---|
| Dec 21, 2018 | Automatic payment: Business ···· 215. 091000010040547 | −$1,866.49 |
| Nov 21, 2018 | Automatic payment: Business ···· 215. 091000012963696 | −$1,567.64 |
| Oct 21, 2018 | Automatic payment: Business ···· 215. 091000010761355 | −$1,985.99 |
| Sep 21, 2018 | Automatic payment: Business ···· 215. 091000017029459 | −$1,929.04 |
| Aug 21, 2018 | Automatic payment: Business ···· 215. 091000015639426 | −$2,249.93 |
| Jul 22, 2018 | Automatic payment: Business ···· 215. 091000018134956 | −$2,595.90 |
| Jun 21, 2018 | Automatic payment: Business ···· 215. 091000016566008 | −$2,217.56 |
| May 21, 2018 | Automatic payment: Business ···· 215. 091000013356921 | −$1,906.14 |
| Apr 22, 2018 | Automatic payment: Business ···· 215. 091000017298825 | −$2,387.87 |

| Date | Description | Amount |
|---|---|---|
| Mar 21, 2018 | Automatic payment: Business · · · · 215. 091000015495646 | −$2,316.34 |
| Feb 21, 2018 | Automatic payment: Business · · · · 215. 091000016646524 | −$1,803.88 |
| Jan 21, 2018 | Automatic payment: Business · · · · 215. 091000015966925 | −$3,344.79 |
| Dec 21, 2017 | Automatic payment: Business · · · · 215. 091000017531315 | −$3,255.11 |
| Nov 21, 2017 | Automatic payment: Business · · · · 215. 091000015259958 | −$3,931.50 |
| Oct 22, 2017 | Automatic payment: Business · · · · 215. 091000017455462 | −$3,696.78 |
| Sep 22, 2017 | Automatic payment: Business · · · · 215. 091000013859356 | −$3,598.33 |
| Aug 21, 2017 | Automatic payment: Business · · · · 215. 091000010784343 | −$4,237.04 |
| Jul 21, 2017 | Automatic payment: Business · · · · 215. 091000015707238 | −$3,645.83 |
| Jun 21, 2017 | Automatic payment: Business · · · · 215. 091000014240954 | −$2,746.15 |
| May 21, 2017 | Automatic payment: Business · · · · 215. 091000016075070 | −$2,072.83 |
| Apr 21, 2017 | Automatic payment: Business · · · · 215. 091000014225880 | −$3,269.27 |
| Mar 21, 2017 | Automatic payment: Business · · · · 215. 091000016809621 | −$3,346.26 |
| Feb 21, 2017 | Automatic payment: Business · · · · 215. 091000014803416 | −$3,435.49 |
| Jan 22, 2017 | Automatic payment: Business · · · · 215. 091000014740679 | −$4,584.05 |
| Dec 21, 2016 | Automatic payment: Business · · · · 215. 091000016935809 | −$7,551.67 |
| Nov 21, 2016 | Automatic payment: Business · · · · 215. 091000013714942 | −$5,659.94 |
| Oct 21, 2016 | Automatic payment: Business · · · · 215. 091000014669229 | −$4,807.33 |
| Sep 21, 2016 | Automatic payment: Business · · · · 215. 091000015229767 | −$2,795.75 |
| Aug 21, 2016 | Automatic payment: Business · · · · 215. 091000014401774 | −$2,635.53 |

| Date | Description | Amount |
|---|---|---|
| Jul 21, 2016 | Automatic payment: Business ···· 215. 091000012448005 | −$4,341.34 |
| Jun 21, 2016 | Automatic payment: Business ···· 215. 091000013816762 | −$4,344.16 |
| May 22, 2016 | Automatic payment: Business ···· 215. 091000012252137 | −$4,236.88 |
| Apr 21, 2016 | Automatic payment: Business ···· 215. 091000012600527 | −$4,744.95 |
| Mar 21, 2016 | Automatic payment: Business ···· 215. 091000013019363 | −$3,406.62 |
| Feb 21, 2016 | Automatic payment: Business ···· 215. 091000012983408 | −$3,096.88 |
| Jan 21, 2016 | Automatic payment: Business ···· 215. 091000012946575 | −$5,950.35 |
| Dec 21, 2015 | Automatic payment: Business ···· 215. 091000013199795 | −$5,163.01 |
| Nov 22, 2015 | Automatic payment: Business ···· 215. 091000011765155 | −$5,920.00 |
| Oct 21, 2015 | Automatic payment: Business ···· 215. 091000014573095 | −$6,674.78 |
| Sep 21, 2015 | Automatic payment: Business ···· 215. 091000012313388 | −$5,446.79 |
| Aug 21, 2015 | Automatic payment: Business ···· 215. 091000012423343 | −$5,497.73 |
| Jul 21, 2015 | Automatic payment: Business ···· 215. 091000017596135 | −$7,355.39 |
| Jun 22, 2015 | Automatic payment: Business ···· 215. 091000011794004 | −$3,974.58 |
| May 21, 2015 | Automatic payment: Business ···· 215. 091000016003727 | −$4,409.60 |
| Apr 22, 2015 | Automatic payment: Business ···· 215. 091000017020602 | −$4,602.22 |
| Mar 23, 2015 | Automatic payment: Business ···· 215. 091000012643337 | −$2,255.72 |
| Feb 23, 2015 | Automatic payment: Business ···· 215. 091000012896336 | −$1,773.48 |
| Jan 22, 2015 | Automatic payment: Business ···· 215. 091000012278936 | −$2,481.51 |

| Date | Description | Amount |
|---|---|---|
| Dec 23, 2014 | Automatic payment: Business ···· 215. 091000015783783 | −$2,455.90 |
| Nov 24, 2014 | Automatic payment: Business ···· 215. 091000013334038 | −$2,763.58 |
| Oct 28, 2014 | Automatic payment: Business ···· 215. 091000018287408 | −$4,120.60 |
| Sep 23, 2014 | Automatic payment: Business ···· 215. 091000013090997 | −$6,079.71 |
| Aug 29, 2014 | Automatic payment: Business ···· 215. 091000015892547 | −$14,651.07 |
| Jul 22, 2014 | Automatic payment: Business ···· 215. 091000017509071 | −$12,999.22 |
| Jun 23, 2014 | Automatic payment: Business ···· 215. 091000017126289 | −$9,961.18 |
| May 22, 2014 | Automatic payment: Business ···· 215. 091000011984624 | −$6,540.33 |
| Apr 22, 2014 | Automatic payment: Business ···· 215. 091000014751862 | −$4,797.03 |
| Mar 24, 2014 | Automatic payment: Business ···· 215. 091000017633920 | −$2,612.44 |
| Feb 25, 2014 | Automatic payment: Business ···· 215. 091000015234497 | −$550.72 |
| Jan 22, 2014 | Automatic payment: Business ···· 215. 091000016343004 | −$876.99 |
| Dec 23, 2013 | Automatic payment: Business ···· 215. 091000015956461 | −$1,750.50 |
| Nov 22, 2013 | Automatic payment: Business ···· 215. 091000015159295 | −$1,620.66 |
| Oct 22, 2013 | Automatic payment: Business ···· 215. 091000014802453 | −$1,900.66 |
| Sep 24, 2013 | Automatic payment: Business ···· 215. 091000016187132 | −$1,287.31 |
| Aug 22, 2013 | Automatic payment: Business ···· 215. 091000011592280 | −$1,532.72 |
| Jul 23, 2013 | Automatic payment: Business ···· 215. 091000014774132 | −$1,987.48 |
| Jun 24, 2013 | Automatic payment: Business ···· 215. 091000017115429 | −$1,912.25 |
| May 22, 2013 | Automatic payment: Business ···· 215. 091000015404555 | −$2,605.19 |

| Date | Description | Amount |
|---|---|---|
| Apr 22, 2013 | Automatic payment: Business ···· 215. 091000014490160 | −$4,226.22 |
| Mar 21, 2013 | Automatic payment: Business ···· 215. 091000012941466 | −$3,687.27 |
| Feb 25, 2013 | Automatic payment: Business ···· 215. 091000016637134 | −$2,522.00 |
| Jan 22, 2013 | Automatic payment: Business ···· 215. 091000012381653 | −$6,157.17 |
| Dec 24, 2012 | Automatic payment: Business ···· 588. 091000015009910 | −$4,944.46 |
| Nov 23, 2012 | Automatic payment: Business ···· 588. 091000012703510 | −$5,767.51 |
| Oct 22, 2012 | Automatic payment: Business ···· 588. 091000015861954 | −$4,681.75 |
| Sep 24, 2012 | Automatic payment: Business ···· 588. 091000016615802 | −$3,154.03 |

## Watch time *

Minutes

892,608,070 

## Views

99,789,153 

| Likes * | Dislikes * | Comments * |
|---|---|---|
| 326,196 | 35,951 | 34,716 |

  


