# EXHIBIT E

**Google Support** _ ↗ ✕

**The Short-E Show** — 10:55 AM
https://drive.google.com/open?id=1gpikbXS6PxsmUYvZfAOTX-zJY-koYhc4

**Rico** — 10:58 AM
We can not give you proof that the your video was notified to all of your subscribers.

**Rico** — 10:58 AM
Please see this link. https://video-analytics-demo.corp.google.com/?ChannelId=JpLM4bE48AzbmygBUcGVwQ&ContentOwnerExternalId=#dt=nt,fe=17831,fr=lw-001,fs=17804;fc=0,fcr=0,fi=v-97tc9mIVSrQ,r=trafficsources

**Google Support**

**Mornalene**     5:57 PM
I understand that you're concerned with your views.

**Mornalene**     5:57 PM
Regarding to your recently uploaded video, during the first couple of hours after a video has been published, we'll only show views that our systems believe to be valid. This might not yet show all legitimate views at that time.

**DJ Short-e**     5:59 PM
No that is not correct i uploaded this video many many hours ago, tomorrow it will also remain low, you want to bet?

**Mornalene**     5:59 PM
Unfortunately, I'm unable to provide you information about which subscribers clicked/watched your videos.

**DJ Short-e**     5:59 PM
This is very easy to do, many services like constantcontact.com, icontact.com, madmimi.com, godaddy email marketing service all show me who got my emails, which subscriber clicked, which one opened, etc.

**Mornalene**     6:11 PM
- Encourage your audience to file a feedback report on YouTube using the "Send Feedback" option at the bottom of any page. Our team reviews all of these reports but we need our viewers to report the problems in order for us to really dig in and investigate.

**DJ Short-e**     6:12 PM
I have done all that many times! I need a list, what time the notification was delivered, who got it, who clicked, who shared it, stuff like that... How many people clicked on the notification bell. Can you provide this crucial information for me?

**DJ Short-e**     6:17 PM
Can you tell me how many people clicked on the bell at least ?

**Mornalene**     6:18 PM
I'm sorry as I'm unable to provide you this kind of information.

**Mornalene**     6:18 PM
Is there anything else I can help you with?