# EXHIBIT F

Jack Elliot but google does have a mechanism to determine conservative content vs liberal content.. and they silence conservative content.

**The Short-E Show**    I'm the best DJ VJ in the game, open the gates youtube! Stop hating... censorship is real!

Jack Elliot your channel is averaging 13k view per day and 380k last 30 days.. and 6 watching.. something is wrong with this picture.

HIDE CHAT REPLAY

AUTOPLAY

next

Glenn Beck's Serious Health

Playlists

Subscribers
4,308 ▲

+12.39% compared to previous period
(Sep 22, 2017 – Oct 19, 2017)

YouTube Red partner revenue



**Patrik Jusic**
to me
Jul 15  View details

Hey Dj Short-E.

I'm sending this email message regarding your YouTube CHANNELS and VIDEOS.

I subscribed to both of your channels and turned my notifications on for you so I would know when you uploaded new videos. I subscribed about 2 weeks ago and haven't got a single notification from youtube but I noticed you have uploaded many new videos since I subscribed to the following channels:

YouTube.com/djshorte

and

YouTube.com/theshorteshow

Please fix this problem, I'm sure there are many other people who haven't been getting notified either and that's why I noticed your views are very low compared to other similar channels.

Thanks,
Patrick
YouTube Subscriber

Sent from my iPhone