# EXHIBIT G

**Google Support**

**Marco**
9:19 PM
Thanks for contacting YouTube Creator Support. You are now chatting with Marco. How can I help you today?

**Marco**
9:19 PM
Hi Erik!

**Marco**
9:19 PM
How are you?

**Marco**
9:21 PM
Are you there?

**The Short-E Show**
9:21 PM
yes

**The Short-E Show**
9:21 PM
i am having operation issue

**Marco**
9:21 PM
Sorry to hear that.

**Marco**
9:21 PM
How can I help?

**The Short-E Show**
9:21 PM
my subscribers are not being notified of my new uploads its very obvious to see i need to uncheck this box and see if the views remain the same

**Marco**
9:22 PM
What do you mean "uncheck the box"?

**The Short-E Show**
9:22 PM
look here

**The Short-E Show**
9:22 PM
screen shot

**The Short-E Show**
9:22 PM
https://drive.google.com/open?id=1CZ-fh_ZD70z0clFTYlLJUvD-Y1Ka-8g4

**Marco**
9:22 PM
About the notification, I found here that you have recently contact us about this.

**The Short-E Show**
9:23 PM

no not this issue see screen shot this is new issue

**The Short-E Show**
9:23 PM
may i ask where you are located?

**Marco**
9:24 PM
We can't provide our private information.

**Marco**
9:24 PM
May I know why are you asking?

**The Short-E Show**
9:24 PM
because i want to know if i am getting help from someone in my own country

**The Short-E Show**
9:24 PM
did you see the screen shot?

**Marco**
9:24 PM
Understood.

**Marco**
9:24 PM
I did.

**Marco**
9:25 PM
I also did check your subscriber notification and found out that it is working fine.

**The Short-E Show**
9:25 PM
to solve this problem of low views on my new quality uploads featuring BIG NAME CELEBRITIES i want to uncheck this box and upload another video with this box unchecked to see if I see a difference, do you understand me?

**Marco**
9:26 PM
I do.

**The Short-E Show**
9:26 PM
why can i not uncheck this box?

**Marco**
9:28 PM
I'm on it.

**Marco**
9:28 PM
Have you tried to check this option to your other videos?

**The Short-E Show**
9:29 PM
i can not uncheck any of them this options is used when video is uploading and processing

**The Short-E Show**
9:29 PM
i can not uncheck

**Marco**
9:30 PM
I'm aware of the function.

**The Short-E Show**
9:30 PM
please uncheck for me

**Marco**
9:31 PM
Please give me a few minutes to check.

**The Short-E Show**
9:32 PM
ok

**The Short-E Show**
9:33 PM
i researched this others can uncheck or check at will why cant i?

**Marco**
9:33 PM
Thanks for patiently waiting.

**Marco**
9:33 PM
Upon checking, this feature can't be turned off.

**Marco**
9:34 PM
Part of the platform's initiative is to show your videos to your subscribers.

**The Short-E Show**
9:34 PM
i was able to turn it off and on before

**The Short-E Show**
9:34 PM
i dont believe its working i want to uncheck it dont lie to me

**The Short-E Show**
9:34 PM
you're liare

**Marco**
9:35 PM
I'm sorry if you feel like you are not getting the answer that you want.

**Marco**
9:35 PM
We always provide the information that we have according to your concerns.

**Marco**
9:36 PM
Do you have other concerns?

**The Short-E Show**
9:36 PM
i can show you screen shot

**The Short-E Show**
9:37 PM
want to see evidence of this option can be unchecked?

**Marco**
9:37 PM
Go ahead.

**The Short-E Show**
9:37 PM
look

**The Short-E Show**
9:37 PM
https://drive.google.com/open?id=1yqhrQoUI5uyHu9q3yL8JNS1gcuq7kbDD

**Marco**
9:38 PM
I have tried to replicate it from our end.

**The Short-E Show**
9:38 PM
screen shot

**The Short-E Show**
9:38 PM
i will show you link to video

**The Short-E Show**
9:38 PM
look at 1:41 running time you are not good speaking support look here https://www.youtube.com/watch?v=XYrdKrNvKUI

**Marco**
9:38 PM
We can't refer to this video since this is not from an official support.

**The Short-E Show**
9:38 PM
why do you tell me lies when i send you proof?

**The Short-E Show**
9:39 PM
it shows youtube user

**The Short-E Show**
9:39 PM
what do you mean?

**The Short-E Show**
9:39 PM
i am showing you PROOF

**The Short-E Show**
9:39 PM
EVIDENCE

**The Short-E Show**
9:39 PM
this option does not work for me please report ticket

**Marco**
9:40 PM
The evidence that you are referring to did not came from a YouTube support.

**Marco**
9:40 PM

I have also replicated this action from my end and it shows the same.

**The Short-E Show**
9:40 PM
look here is new evidence from youtube support you liar

**The Short-E Show**
9:41 PM
https://support.google.com/youtube/answer/7457584?hl=en

**The Short-E Show**
9:41 PM
it says uncheck option instructions!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

**The Short-E Show**
9:41 PM
why do you lie to me?

**The Short-E Show**
9:41 PM
are you a bot?

**The Short-E Show**
9:42 PM
Disable upload notifications

Using a computer, sign in to YouTube.
Upload a video.
At the top of the page, click the "Advanced Settings" tab.
Uncheck the "Notify Subscribers" box.

**The Short-E Show**
9:42 PM
can you see the truth now Marco?

**Marco**
9:42 PM
I have checked it from my end but unfortunately, this option is also not available.

**Marco**
9:43 PM
I can report your concern to our internal to so they can look at it.

**The Short-E Show**
9:43 PM
you told me if i found google support then its valid

**The Short-E Show**
9:43 PM
here is the proof from google

**The Short-E Show**
9:43 PM
https://support.google.com/youtube/answer/7457584?hl=en

**The Short-E Show**
9:44 PM
i cant believe youtube treats their users with such dishonesty and unfair business practices its shamefull

**Marco**
9:44 PM
That's why I'm confirming whether this article is updated or we are just getting an issue.

**The Short-E Show**
9:44 PM
there is a box to uncheck

**The Short-E Show**
9:44 PM
why put it there if u can not uncheck? LOL

**Marco**
9:44 PM
I understand.

**The Short-E Show**
9:44 PM
lmfaooooooo

**The Short-E Show**
9:45 PM
please fix

**Marco**
9:46 PM
Can we send an update at shorteshow@gmail.com?

**The Short-E Show**
9:46 PM
yes

**The Short-E Show**
9:46 PM
i am screen shotting all of this evidence i cant believe how i am being treated

**The Short-E Show**
9:47 PM
also some of my counter notifications have been awaiting review for many weeks why is it taking so long?

**Marco**
9:47 PM
I can go ahead and follow up on the ticket that was already created for this.

**The Short-E Show**
9:48 PM
this is a new issue

**Marco**
9:50 PM
Can you send me the video ID in question?

**The Short-E Show**
9:50 PM
also i have copyright strikes i am trying to resolve but it says
"Counter notification awaiting review"

**The Short-E Show**
9:50 PM
this has been many weeks

**The Short-E Show**
9:50 PM
1Xn8iK7tRY4

**Marco**
9:50 PM

So this is the first time that you are trying to follow up about this?

**The Short-E Show**
9:51 PM
the notifications uncheck box yes

**The Short-E Show**
9:51 PM
this video id 1Xn8iK7tRY4

**Marco**
9:51 PM
I mean the copyright issues?

**The Short-E Show**
9:51 PM
been waiting many weeks counter notification hasnt been reviewed yet???????

**The Short-E Show**
9:51 PM
do your job!

**The Short-E Show**
9:51 PM
1Xn8iK7tRY4

**The Short-E Show**
9:51 PM
1Xn8iK7tRY4

**The Short-E Show**
9:51 PM
1Xn8iK7tRY4

**The Short-E Show**
9:51 PM
1Xn8iK7tRY4

**The Short-E Show**
9:51 PM
1Xn8iK7tRY4

**The Short-E Show**
9:51 PM
1Xn8iK7tRY4

**The Short-E Show**
9:51 PM
1Xn8iK7tRY4

**The Short-E Show**
9:51 PM
1Xn8iK7tRY4

**The Short-E Show**
9:52 PM
counter notification

**The Short-E Show**

9:52 PM
why not reviewed?

**Marco**
9:52 PM
Can you confirm if this is the first time that you are following up about the counter notification for this video?

**The Short-E Show**
9:52 PM
simple question

**The Short-E Show**
9:52 PM
now!!!!!!!!!!!!

**The Short-E Show**
9:52 PM
i sent it many weeks ago

**The Short-E Show**
9:52 PM
it has not been reviewed it usually gets reviewed in 10 business days

**Marco**
9:52 PM
Alright. Thank you.

**The Short-E Show**
9:53 PM
its been longer

**Marco**
9:53 PM
I'll go ahead and follow up on that.

**The Short-E Show**
9:53 PM
Jesus help me why me man

**The Short-E Show**
9:53 PM
i used to get so many views

**The Short-E Show**
9:53 PM
i was doing good but youtube now has hurt my business and i can not see same results

**The Short-E Show**
9:54 PM
doesnt make sense you must investigate why my channel is not receiving lots of hits and smaller channels get more hits? anyone can see this...you people are wasting my time and hurting my business

**Marco**
9:54 PM
Okay, so I will confirm the process about not sending a notification to your subscribers and I will follow up on your counter notification.

**The Short-E Show**
9:55 PM
this counter notification is by law supposed to be sent to claimant

**Marco**

9:55 PM
I'm aware of that.

**Marco**
9:56 PM
Can I help you with something else?

**The Short-E Show**
9:57 PM
yes

**The Short-E Show**
9:58 PM
https://www.youtube.com/edit?ar=1&o=U&video_id=UvuVRr5TvmY

**Marco**
9:58 PM
Sorry, I can't access this link.

**The Short-E Show**
9:58 PM
Takedown scheduled for Dec 31, 1969

**The Short-E Show**
9:59 PM
video id:

**The Short-E Show**
9:59 PM
UvuVRr5TvmY

**The Short-E Show**
9:59 PM
look at screen shot

**The Short-E Show**
9:59 PM
https://drive.google.com/open?id=1Wjt4pZyhUxM_cDcj1e2cFJyTFDQLJ_A_

**The Short-E Show**
9:59 PM
Takedown scheduled for Dec 31, 1969

**The Short-E Show**
9:59 PM
Takedown scheduled for Dec 31, 1969

**The Short-E Show**
9:59 PM
Takedown scheduled for Dec 31, 1969

**The Short-E Show**
9:59 PM
??????????????????????????

**Marco**
10:00 PM
I believe this was explained on this ticket: 8-7937000023492

**The Short-E Show**
10:00 PM
when was this ticket created 2 years ago right?

**Marco**
10:01 PM
I understand you are experiencing issues with your channel, and I'm working hard to help you.

**Marco**
10:01 PM
Please work with me in a professional manner and keep your language appropriate.

**The Short-E Show**
10:02 PM
i reported this issue over 2 years ago

**The Short-E Show**
10:02 PM
Takedown scheduled for Dec 31, 1969

**The Short-E Show**
10:02 PM
If no action is taken, your video will be removed from YouTube on Dec 31, 1969. At that point, a copyright strike will be applied to your account. If you believe you have the rights to use this material, you can file a counter notification after that date.

**Marco**
10:05 PM
You may respond to ticket 8-7937000023492 to avoid confusion on this.

**Marco**
10:07 PM
I can see that the last response is about a week ago.

**The Short-E Show**
10:07 PM
Marco nobody is working on it, it's been over 2 years.

**Marco**
10:08 PM
To avoid the confusion, you will need to respond to that email as the last response was just made in October 30.

**The Short-E Show**
10:08 PM
this video was restored back to me but it got stuck

**The Short-E Show**
10:09 PM
i do not have that email

**The Short-E Show**
10:09 PM
i have screen shot from youtube stating this video was restored back to me

**The Short-E Show**
10:09 PM
look

**The Short-E Show**
10:10 PM
https://drive.google.com/open?id=1STdEve0faexCJIt9T0w_MUE-S8M_IjoB

**The Short-E Show**
10:11 PM
january 22, 2018 look at screen shot video was restored back to me

**The Short-E Show**
10:11 PM
but it remains in copyright notices page and says takedown pending 1969??? what the hell???

**The Short-E Show**
10:13 PM
these mistakes by youtube are hurting my business please escalate to supervisor

**Marco**
10:13 PM
I see. Let me check if there's an update about this.

**Marco**
10:13 PM
I just confirmed that there is a bug related to this issue.

**The Short-E Show**
10:14 PM
i am losing money cause of this bug!

**The Short-E Show**
10:14 PM
this can not be allowed

**Marco**
10:14 PM
Our engineers are already working on it.

**The Short-E Show**
10:14 PM
it should not take this long

**The Short-E Show**
10:15 PM
i won the claim

**Marco**
10:15 PM
We just don't have a turn around time as to when they can fix this.

**The Short-E Show**
10:15 PM
i won the counter notification

**Marco**
10:15 PM
I understand.

**The Short-E Show**
10:15 PM
i am losing money

**The Short-E Show**
10:15 PM
my business is hurting because of all these issues

**The Short-E Show**
10:15 PM
hot4ever llc

**The Short-E Show**
10:16 PM
this is who google pays every month

**Marco**
10:16 PM
Here is a short list of factors that may have an impact for creators on search rankings in YouTube (in no particular order):

**The Short-E Show**
10:16 PM
my business i am not personal account i am official business

**Marco**
10:16 PM
1. Watch time - Is an important signal that users value your content.

**Marco**
10:16 PM
2. Video title & description - Help inform users about your video

**Marco**
10:16 PM
3. Thumbnails - Help attract users and drive watch times

**The Short-E Show**
10:16 PM
this is a bot

**Marco**
10:16 PM
4. Video content - Make great content that is relevant to the users' search queries.

**The Short-E Show**
10:16 PM
google are crooks

**The Short-E Show**
10:16 PM
all of this is being documented

**The Short-E Show**
10:16 PM
and will be investigated

**Marco**
10:17 PM
If you'd like to continue working with me, please keep your language appropriate.

**The Short-E Show**
10:17 PM
i will expose your corruption

**The Short-E Show**
10:17 PM
this is a fake supprt bot

**The Short-E Show**
10:17 PM
you are fake bot

**The Short-E Show**
10:17 PM
lies

**Marco**
10:17 PM

Please understand that if you continue to mock us you may be permanently blocked from contacting Creator Support.

**The Short-E Show**
10:17 PM
the beast

**The Short-E Show**
10:17 PM
mock you?

**The Short-E Show**
10:17 PM
ive talked to you before

**Marco**
10:18 PM
I'm sorry but we'll need to close this ticket now.

**The Short-E Show**
10:18 PM
you know what's going on to me and you continue to tell me incorrect infromation

**Marco**
10:18 PM
Have a good one!

**Marco**
10:18 PM
Thanks for contacting YouTube. Have a great day.

Marco ended the chat

