# EXHIBIT H



Brandon Chaidez <bchaidez@wadelitigation.com>

# Fwd: [0-2902000026447] [YouTube] Final notification about your YouTube accounts

**DJ Short-e** <djshortehot4eva@gmail.com>　　　　　　　　　　　　　　　　Mon, Aug 19, 2019 at 4:35 PM
To: Brandon Chaidez <bchaidez@wadelitigation.com>, amielw@wadelitigation.com, Cheryl Docherty <cdocherty@wadelitigation.com>

See below:

---------- Forwarded message ---------
From: <creator-support@youtube.com>
Date: Fri, May 3, 2019 at 1:48 PM
Subject: [0-2902000026447] [YouTube] Final notification about your YouTube accounts
To: <hot4evatv@gmail.com>, <hotspotsinc@gmail.com>, <djopenformat@gmail.com>, <djshortehot4eva@gmail.com>, <djshortetv@gmail.com>, <shorteshow@gmail.com>, <erikmishiyev@gmail.com>, <h4etelevision@gmail.com>, <djshorte@djshorte.com>

Mr. Erik Mishiyev,

In our December 14, 2018 email communication to you *(subject line: 3-6794000024414 - YouTube: Important notice addressing your recent actions)*, we outlined the actions we were taking to address your threats made to YouTube employees. These actions included termination of your YouTube Content Licensing Agreement and all channel monetization, and revoking your access to creator support channels and YouTube Spaces indefinitely.

It has come to our attention that you have continued to contact YouTube employees and various YouTube creator support channels to discuss issues related to your channel (youtube.com/user/djshortehot4eva). As we have explained in our previous emails to you about this matter:

- This channel was disabled for having three or more copyright strikes due to outstanding copyright claims. Based on the information you have provided, it appears that you do not have the necessary rights to post the content on YouTube, thereby the outstanding copyright claims will remain and the channel will stay disabled.

- We want to reiterate that the copyright strikes on this channel are **not eligible** to be resolved.

- Note any new counter notifications you submit for these outstanding copyright claims will be rejected automatically.

Furthermore, we are informing you that, as of today, we have terminated all of your YouTube accounts and disabled associated YouTube channels, as they are linked to the original channel (youtube.com/user/djshortehot4eva) that was disabled for having three or more Copyright strikes. Your accounts and channels will not be eligible to be reinstated indefinitely.

What this means for your access to YouTube -- you will no longer be able to:
- Access your current YouTube accounts
- Create new YouTube accounts or channels
- Upload, edit, or delete videos
- Read, respond to, or moderate your comments
- Analyze your channel performance in YouTube Analytics
- Access creator support via email, chat, or webform

This will be our final communication to you regarding the status of your YouTube accounts. Note that any communication initiated outside of this thread will not receive a response.

Regards,
Andrew

YouTube Partner Support

--

**DJ Short-e / Erik Mishiyev**
HOT4EVA Entertainment
President & CEO
Cell: 917-727-4684

http://www.youtube.com/djshortehot4eva
http://www.facebook.com/djshorte
http://www.twitter.com/djshorte
http://www.djshorte.com