# EXHIBIT I

Case 5:19-cv-05422-SVK   Document 1-10   Filed 08/28/19   Page 1 of 3



# Gmail

301–350 of 1,350

| | | | |
|---|---|---|---|
| ☐ ☆ | YouTube | [YouTube] A copyright claim was created for content in "BEST ULTIMATE DANCE LIVE MIX - DJ SHORTE" - Hi DJ Shorte, A copyright owner using Content ID claimed some material in your ... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Your video will be taken down in 7 days: "BEST ULTIMATE DANCE LIVE MIX - DJ SHORTE" - Hi DJ Shorte, After reviewing your appeal, EDM has confirmed that your vide... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Your video has been blocked in some countries: "New Best Hip Hop Urban RnB Club Mashup Mix DJ Short-e" - Hi DJ Shorte, Due to a copyright claim, your YouTube vid... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Your video will be taken down in 7 days: "New Best Hip Hop Urban RnB Club Mashup Mix DJ Short-e" - Hi DJ Shorte, After reviewing your appeal, BBTV_MajorLazer has ... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Claim released: "Best 80's Rock Medley 🎸 Mashup Mix - DJ Shorte" - Hi DJ Shorte, Good news! After reviewing your dispute, [Merlin] Redeye Distribution has decided to... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Your dispute has been reviewed: "BEST ULTIMATE DANCE LIVE MIX - DJ SHORTE" - Hi DJ Shorte, After reviewing your dispute, EDM has decided that their copyright claim... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Your video will be taken down in 7 days: "Katy Perry vs Miley Cyrus Mega Mix Mashup - DJ Short-E" - Hi DJ Shorte, After reviewing your appeal, EDM has confirmed that y... | Jan 15 |
| ☐ ☆ | YouTube | [YouTube] A copyright claim was created for content in "Katy Perry vs Miley Cyrus Mega Mix Mashup - DJ Short-E" - Hi DJ Shorte, A copyright owner using Content ID claimed some mat... | Jan 15 |
| ☐ ☆ | YouTube 22 | [YouTube] A copyright claim was created for content in "TOP 40 HIP HOP RNB DANCE MIX SATURDAY NIGHT LIVE DJ SHORTE HOT4EVA" - Hi DJ Shorte, A copyright owner using Content I... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Your video has been blocked in some countries: "TOP 40 HIP HOP RNB DANCE MIX SATURDAY NIGHT LIVE DJ SHORTE HOT4EVA" - Hi DJ Shorte, Due to a copyright cl... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Your video has been blocked: "TOP 40 HIP HOP RNB DANCE MIX SATURDAY NIGHT LIVE DJ SHORTE HOT4EVA" - Hi DJ Shorte, Due to a copyright claim, your YouTube vi... | Jan 15 |
| ☐ ☆ | YouTube | [YouTube] A copyright claim was created for content in "DJ Shorte LIVE at Club Bounce LA Fontana" - Hi DJ Shorte, A copyright owner using Content ID claimed some material in your vide... | Jan 15 |
| ☐ ☆ | YouTube 12 | [YouTube] A copyright claim was created for content in "HOT NEW HIP HOP RNB OLD SCHOOL MASHUP MIX | DJ SHORT E HOT4EVA" - Hi DJ Shorte, A copyright owner using Content ID ... | Jan 15 |
| ☐ ☆ | YouTube | [YouTube] A copyright claim was created for content in "PITBULL MEGA MASHUP MIX - DJ SHORTE" - Hi DJ Shorte, A copyright owner using Content ID claimed some material in your vide... | Jan 15 |
| ☐ ☆ | YouTube 2 | [copyright claim] Your dispute has been reviewed: "New Best Hip Hop Urban RnB Club Mashup Mix DJ Short-e" - Hi DJ Short-e, After reviewing your dispute, [Merlin] BecauseMusic has deci... | Jan 15 |
| ☐ ☆ | YouTube 2 | [copyright claim] Your dispute has been reviewed: "Best DJ Short-E LIVE Mix" - Hi DJ Short-e, After reviewing your dispute, Digsi Srl has decided that their copyright claim is still valid. Vid... | Jan 15 |
| ☐ ☆ | YouTube 100 | [copyright claim] Your dispute has been submitted - Hi DJ Shorte, The following claim on video Old Skool Hip Hop/R&B - Rain Lounge Mix by DJ Short-e has been disputed: Video title: Old... | Jan 15 |
| ☐ ☆ | YouTube | [YouTube] A copyright claim was created for content in "CHRIS BROWN MEGA MIX VIDEO MASHUP - DJ SHORTE" - Hi DJ Short-e, A copyright owner using Content ID claimed some materi... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] Your video will be taken down in 7 days: "OLD SCHOOL 80's POP ROCK MEGA MIX MASHUP - DJ SHORTE" - Hi DJ Shorte, After reviewing your appeal, [Merlin] Playground Music Scand... | Jan 15 |
| ☐ ☆ | YouTube | [copyright claim] A copyright claim was created for content in "OLD SCHOOL 80's POP ROCK MEGA MIX MASHUP" - Hi DJ Shorte, A copyright owner using Content ID claimed some material in y... | Jan 15 |
| ☐ ☆ | YouTube 2 | [YouTube] A copyright claim was created for content in "HOTTEST SHOW IN THE WORLD! Episode 01" - Hi The Short-E Show, A copyright owner using Content ID claimed some material in... | Jan 15 |
| ☐ ☆ | YouTube 12 | [YouTube] A copyright claim was created for content in "Best Michael Jackson Mashup Mix - DJ Shorte" - Hi The Short-E Show, A copyright owner using Content ID claimed some material i... | Jan 15 |