# EXHIBIT K

