# EXHIBIT P



YouTube Help

Describe your issue

owner sent us a complete and valid legal request asking us to do so. When a copyright owner formally notifies us that you don't have their permission to post their content on the site, we take down your upload to comply with copyright law.

Keep in mind that videos can be removed from the site for different reasons, not all of which are copyright-related. Also, Content ID claims don't result in a strike.

⚠ Deleting a video with a strike won't resolve your strike. Click below to see how to resolve a copyright strike.

How to get information about your strike

What happens when you get a copyright strike

How to resolve a copyright strike

There are three ways to resolve a copyright strike:

1. **Wait for it to expire:** Copyright strikes expire after 90 days, as long as you complete Copyright School ☒.
2. **Get a retraction:** You can contact the person who claimed your video and ask them to retract their claim of copyright infringement.
3. **Submit a counter notification:** If your video was mistakenly removed because it was misidentified as infringing, or qualifies as a potential fair use, you may wish to submit a counter notification.

- Dispute a Content ID claim
- Remove claimed songs from videos
- Swap the audio track on your video
- Counter Notification Basics
- Monetization during Content ID disputes
- What is a scheduled copyright takedown request?