AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

ERIK MISHIYEV  
  Plaintiff (s),  
V.  
YOUTUBE ENTERTAINMENT STUDIOS, INC.  
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5-19-05422-SVK

Notice is hereby given that, subject to approval by the court, __ERIK MISHIYEV__ substitutes
(Party (s) Name)

__IN PRO PER__ , State Bar No. __n/a__ as counsel of record in
(Name of New Attorney)

place of __AMIEL L. WADE and WADE LAW GROUP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name: ERIK MISHIYEV  
  Address: 5000 Culbreath Key Way, #1-317, Tampa FL 33611  
  Telephone: (917) 727-4684       Facsimile  
  E-Mail (Optional): erikmishiyev@hotmail.com

I consent to the above substitution.  
Date: 10/15/2019  
*Erik Mishiyev*  
(Signature of Party (s))

I consent to being substituted.  
Date: 10/15/2019  
*Amiel L. Wade*  
(Signature of Former Attorney (s))

I consent to the above substitution.  
Date: 10/15/2019  
*Erik Mishiyev*  
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____  
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]