IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIK MISHIYEV,

    Plaintiff,

v.

YOUTUBE ENTERTAINMENT STUDIOS, INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 19-05422 WHA

**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR**

Plaintiff Erik Mishiyev is **HEREBY ORDERED TO APPEAR ON DECEMBER 19, 2019, AT 11:00 A.M.**, in Courtroom No. 12, United States District Court, at 450 Golden Gate Avenue, San Francisco, California 94102, and **TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution or other sanction for failing to attend the duly noticed case management conference held in this action on December 5, at 11:00 a.m. Plaintiff shall serve and file a sworn detailed declaration regarding his failure to appear at least **FIVE CALENDAR DAYS** before said OSC hearing.

**IT IS SO ORDERED.**

Dated: December 6, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE