1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIK MISHIYEV,

    Plaintiff,

  v.

YOUTUBE ENTERTAINMENT STUDIOS, INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 19-05422 WHA

**ORDER DENYING APPEARANCE BY TELEPHONE AND CONTINUING SHOW CAUSE HEARING AND CASE MANAGEMENT CONFERENCE**

The Court welcomes Attorney Harold W. Dickens, III, into the case. The request for telephone appearances is **DENIED**. The Court's equipment is not well suited to telephone appearances. One problem, for example, is that a lawyer on the telephone will begin talking and it is impossible for the Court to interrupt them to ask a question. There are other problems as well.

The Court further notes that no return of services of process of the summons and complaint has been filed in this case. The Court will extend the date for service and filing of the returns until **JANUARY 17, 2020**. The order to show cause hearing will be postponed until **FEBRUARY 6, 2020, AT 11:00 A.M.** Counsel for plaintiff must appear in person. That will also

be the date for the initial case management conference.  A copy of this order must be promptly served on each defendant.

The hearing on December 19, 2019, is **VACATED**.

**IT IS SO ORDERED.**

Dated:  December 17, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE