1 | DAVID H. KRAMER, State Bar No. 168452
Email: dkramer@wsgr.com
2 | DALE R. BISH, State Bar No. 235390
Email: dbish@wsgr.com
3 | RYAN S. WOLF, State Bar No. 319353
Email: rwolf@wsgr.com
4 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
5 | 650 Page Mill Road
Palo Alto, CA 94304-1050
6 | Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

*Attorneys for Defendant YouTube Entertainment Studios, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ERIK MISHIYEV, | ) | CASE NO.: 3:19-cv-05422-WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Hon. William Alsup |
| v. | ) | |
| | ) | **DEFENDANT YOUTUBE** |
| YOUTUBE ENTERTAINMENT STUDIOS, INC., et al., | ) | **ENTERTAINMENT STUDIOS, INC.'S CORPORATE DISCLOSURE** |
| | ) | **STATEMENT PURSUANT TO FED.** |
| Defendants. | ) | **R. CIV. P. 7.1** |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant YouTube Entertainment Studios, Inc. discloses the following:

1. YouTube, LLC is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: January 23, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
       David H. Kramer

Attorneys for Defendant