1   DAVID H. KRAMER, State Bar No. 168452
    Email: dkramer@wsgr.com
2   DALE R. BISH, State Bar No. 235390
    Email: dbish@wsgr.com
3   RYAN S. WOLF, State Bar No. 319353
    Email: rwolf@wsgr.com
4   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
5   650 Page Mill Road
    Palo Alto, CA 94304-1050
6   Telephone:    (650) 493-9300
    Facsimile:    (650) 565-5100
7
    *Attorneys for Defendant YouTube Entertainment Studios*
8   *Inc.*

9                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

11  ERIK MISHIYEV,                          )   CASE NO.: 3:19-cv-05422-WHA
                                            )
12              Plaintiff,                  )
                                            )   Hon. William Alsup
13          v.                              )
                                            )   **DEFENDANT YOUTUBE**
14  YOUTUBE ENTERTAINMENT STUDIOS           )   **ENTERTAINMENT STUDIOS**
    INC., et al.,                           )   **INC.'S SUPPLEMENTAL**
15                                          )   **CORPORATE DISCLOSURE**
                Defendants.                 )   **STATEMENT PURSUANT TO FED.**
16                                          )   **R. CIV. P. 7.1**
                                            )
17                                          )
                                            )
18  _____     )

19

20

21

22

23

24

25

26

27

28

# DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant YouTube Entertainment Studios Inc. discloses the following:

1.     YouTube Entertainment Studios Inc. is a subsidiary of YouTube, LLC, which is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.


Dated:  January 27, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ David H. Kramer
      David H. Kramer

Attorneys for Defendant